**The Voice of Texas Law Enforcement**

ACCEPTED
03-14-00693-CV
4510953
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 1:22:20 PM
JEFFREY D. KYLE
CLERK

March 16, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/16/2015 1:22:20 PM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
Post Office Box 12547
Austin, Texas 78711

> RE: Court of Appeals Number: 03-14-00693-CV
> Trial Court Case Number: C2014-0928A
>
> Style: City of New Braunfels; Jan Kotylo, in her official capacity; Pat Clifton, in his official capacity; and Fritz Welsch, in his official capacity v. Joseph Tovar

Dear Mr. Kyle:

Please let this letter serve as our notice of intention to argue Appellee Joseph Tovar's case orally before the Court on April 22, 2015 at 1:30 P.M.

Should you need anything further, please feel free to contact me. Thank you.

Respectfully Submitted,

/s/ Chad R. Hyde
Chad R. Hyde
Texas Bar No. 24046130
chad.hyde@tmpa.org
Randal C. Doubrava
Texas Bar No. 0602990
randy.doubrava@tmpa.org
Texas Municipal Police Association
6200 La Calma Drive, Ste. 200
Austin, Texas 78752
Tel. (512) 454-8900
Fax (512) 454-8860

ATTORNEYS FOR APPELLEE
JOSEPH TOVAR

cc: **Via Electronic Service**
Bettye Lynn
Lynn Ross, Gannaway & Cranford, LLP
306 W. Broadway, Suite 100
Fort Worth, TX 76104